UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

STEVEN MARCHBANKS,

       Defendant.

_____/

Case:2:24-cr-20481
Judge: Leitman, Matthew F.
MJ: Stafford, Elizabeth A.
Filed: 08-28-2024 At 01:17 PM
INDI USA V STEVEN MARCHBANKS (LG)

Violation:
18 U.S.C. § 842(a)(3)(A)
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 842(a)(3)(A)
*Transporting and Receiving Explosive Materials without a License*

On or about June 27, 2024, in the Eastern District of Michigan, Southern

Division, the defendant, STEVEN MARCHBANKS, while not being a licensee

and permittee under the provisions of Chapter 40 of Title 18 of the United States

Code, knowingly transported and received explosive materials, in violation of 18

U.S.C. §42(a)(3)(A).

### COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearms*

On or about July 23, 2024, in the Eastern District of Michigan, Southern

Division, the defendant, STEVEN MARCHBANKS, knowing that he had been

convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed, in and affecting interstate commerce, firearms, that is, one

Taurus, Model: PT-140 Millenium Pro, Caliber: .40, pistol and one Ruger, Model:

Security-380, Caliber: .380 auto, pistol, in violation of Title 18, United States

Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts One and Two of this Indictment are

hereby re-alleged and incorporated by reference for the purpose of alleging

forfeiture pursuant to Title 18 United States Code Sections 844(c)(1), 924(d) and

Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the

defendant, STEVEN MARCHBANKS, shall forfeit to the United States, pursuant

to Title 18, United States Code, Section 844(c)(1) and Title 28, United States

Code, Section 2461(c), any explosive materials involved in or used in any knowing

violation of said offense.

Upon conviction of the offense charged in Count Two of this Indictment, the

defendant, STEVEN MARCHBANKS, shall forfeit to the United States, pursuant

to Title 18, United States Code, Section 924(d)(1) and Title 28, United States

Code, Section 2461(c), any firearm and ammunition involved in or used in any

knowing violation of said offense, including but not limited to: one Taurus, Model:

2

PT-140 Millenium Pro, Caliber: .40, pistol; one Ruger, Model: Security-380,

Caliber: .380 auto, pistol; and all related ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crime Unit
Assistant United States Attorney

*s/ Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: August 28, 2024

3

| United States District Court Eastern District of Michigan | Criminal Case C | Case:2:24-cr-20481 Judge: Leitman, Matthew F. MJ: Stafford, Elizabeth A. Filed: 08-28-2024 At 01:17 PM INDI USA V STEVEN MARCHBANKS (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

| Companion Case Information | | Companion Case Number: |
|---|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | | Judge Assigned: |
| ☐ Yes   ☒ No | | AUSA's Initials:   NH |

Case Title: USA v.  Steven Marchbanks

County where offense occurred :   Wayne

Check One:   ☒Felony            ☐Misdemeanor            ☐Petty

_____Indictment/_____Information --- **no** prior complaint.
__✓__Indictment/_____Information --- based upon prior complaint [**Case number:** 24-mj-30284         ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____        Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 28, 2024
Date

Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9632
Fax:    313-226-2311
E-Mail address: Nhan.Ho@usdoj.gov
Attorney Bar #:  P82793

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.