UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Case No. 24-cr-20481
Hon. Matthew F. Leitman

STEVEN MARCHBANKS,

   Defendant.
_____/

## ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

For the reasons stated in detail on the record on March 10, 2025, **IT IS HEREBY ORDERED** that Defendant Steven Marchbanks is competent to stand trial.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: March 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126